# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:14-cr-00316-JCM-VCF |
| Plaintiff, | ORDER FOR DISMISSAL |
| vs. | |
| ALBERTO MARIN-VASQUEZ, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses Indictment filed on September 24, 2014 against ALBERTO MARIN-VASQUEZ. Over government's objection, defendant was released to an ICE detainer. He has been deported to the country of his citizenship, Mexico.

DATED this 26th day of November, 2014.

DANIEL G. BOGDEN
United States Attorney

ROBERT A. BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 26th day of November, 2014.

UNITED STATES MAGISTRATE JUDGE DISTRICT

1